IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:16CR224-WHA |
| | ) [18 USC § 2250] |
| TERRY ALLEN HALL | ) |
| | ) INDICTMENT |

The Grand Jury charges:

### COUNT 1
### [Failure to Register as Sex Offender]

From an unknown date, through on or about April 21, 2016, in Montgomery County, within the Middle District of Alabama,

TERRY ALLEN HALL,

defendant herein, being a person required to register under the Sex Offender Registration and Notification Act, by reason of a conviction on or about October 28, 2008, in the Circuit Court of the Fourteenth Judicial Circuit of the State of Florida in and for Bay County, for one count of Lewd and Lascivious Battery, case number 07004409CFMA, a conviction in violation of Florida law, and having traveled in interstate commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

_____
Foreperson

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Hollie Worley
Assistant United States Attorney